# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:

          Case Number: 3:11-bk-35068
          Chapter: 7

TROY ED HUTCHENS
xxx-xx-6511
CAROLE ADAMS HUTCHENS
xxx-xx-5145

      Debtor(s)

# NOTICE OF STATUS HEARING

Notice is hereby given that a Status Hearing will be held on 06/26/14, at 09:00 AM, in Courtroom 1C, Howard H. Baker, U.S. Courthouse, 800 Market Street, Knoxville, TN 37902 on the following:

**Trustee to Appear and Explain Need for Continued Administration of Bankruptcy Estate and Why Final Reports Allowing Clerk to Close Case Have Not Been Filed.**

Dated:  6/3/14

          Danny W. Armstrong
          Clerk of the Bankruptcy Court

          By:  hhc
          Deputy Clerk